# IN THE UNITED STATES DISTRICT COURT
# OF THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | |
|---|---|
| TAMATHA P. WILLIAMS,<br>　　　Plaintiff<br><br>V.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social<br>Security Administration,<br>　　　Defendant | § § § § § § § § § § § | No. 5:10CV196 |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge Caroline M. Craven pursuant to 28 U.S.C. § 636. The Report of the Magistrate Judge which contains her proposed findings of fact and recommendations for the disposition of such action has been presented for consideration. No objections to the Report and Recommendation were filed. The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the Report of the United States Magistrate Judge as the findings and conclusions of this Court. Accordingly, it is hereby

**ORDERED** that Defendant's Unopposed Motion for Reversal and Remand (Dkt. No. 14) is **GRANTED**. It is further

**ORDERED** that the above-captioned matter is remanded to the Commissioner, pursuant to the fourth sentence of 42 U.S.C. § 405(g), for further administrative proceedings. It is further

**ORDERED** that on remand, the Appeals Council will direct an Administrative Law Judge to hold a new hearing and obtain additional vocational expert testimony, and, if warranted, obtain medical expert testimony and/or a consultative physical examination report. It is further

**ORDERED** that all motions not previously ruled on are **DENIED**, and the referral order is **VACATED**.

**SIGNED this 4th day of October, 2011.**

DAVID FOLSOM
UNITED STATES DISTRICT JUDGE